```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/8/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Steven Forkosh, TAPP Market Influencers, LLC,
Bruce Wayne Enterprises Inc.,

              Plaintiffs,

-against-

Fluent, LLC, Ryan Schulke, Donald Patrick,
Ryan Perfit, and Patrick Sweeney,

              Defendants.

25 Civ. 7967 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiffs initiated this action on September 25, 2025, and filed a redacted complaint and an unredacted complaint under seal. *See* ECF Nos. 1, 3. Per Rule IV(A)(ii) of the undersigned's Individual Practices in Civil Cases, Plaintiffs are required to file a motion requesting approval of sealed or redacted filings. Accordingly, by **October 22, 2025**, Plaintiffs shall file a motion requesting to seal or redact the complaint in compliance with Rule IV(A)(ii) of the undersigned's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: October 8, 2025
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge