UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Steven Forkosh, TAPP Market Influencers, LLC,
Bruce Wayne Enterprises Inc.,

                          Plaintiffs,

          -against-

Fluent, LLC, Ryan Schulke, Donald Patrick,
Ryan Perfit, and Patrick Sweeney,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   11/25/2025

25 Civ. 7967 (AT)

**<u>ORDER</u>**

ANALISA TORRES, District Judge:

Pursuant to Rule IV.A. of this Court's Individual Practices, Plaintiffs request to file the complaint in this matter under seal.  *See* Compl., ECF No. 1; *see also* Mot., ECF No. 15; Mem., ECF No. 17.  Defendants do not oppose the request and have indicated they "intend to seek permanent redaction of the Complaint."  Mem. at 2; *see also* Decl. of Joseph J. Kammerman ¶ 14, ECF No. 16.[1]

Although there is a common law presumptive right of access to judicial documents, *United States v. Erie Cty., N.Y.*, 763 F.3d 235, 239 (2d Cir. 2014), the Court is entitled to weigh the value of access to those documents against the impact of disclosure on, among other ends, on "the disclosure of confidential business information," *Haft v. GE Appliances*, No. 21 Civ. 506, 2022 WL 20056051, at *1 (S.D.N.Y. Jan. 27, 2022); *see also United States v. Amodeo*, 71 F.3d 1044, 1049–50 (2d Cir. 1995).  Because Plaintiffs have demonstrated that redaction of the complaint is necessary to avoid the breach of certain agreements entered into by the parties and to protect certain confidential information, the request is GRANTED.  The unredacted version of the complaint at ECF No. 19 shall remain under seal.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 15.

SO ORDERED.

Dated:  November 25, 2025
          New York, New York

_____
ANALISA TORRES
United States District Judge

---

1 Because Defendants' motion to permanently redact the complaint is not before the Court, the Court does notconsider that request at this time.