UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Steven Forkosh, TAPP Market Influencers, LLC,
Bruce Wayne Enterprises Inc.,

Plaintiffs,

-against-

Fluent, LLC, Ryan Schulke, Donald Patrick,
Ryan Perfit, and Patrick Sweeney,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __12/8/2025__

25 Civ. 7967 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By letter dated December 2, 2025, Defendants sought leave to file a motion to dismiss all claims in Plaintiffs' complaint.  ECF No. 28.  On that same date, Plaintiffs sought leave to file a redacted amended complaint, with the unredacted amended complaint to be filed under seal, to avoid the breach of certain agreements entered into by the parties and to protect certain confidential information.  ECF No. 29.  Plaintiffs' request is GRANTED for the same reasons the Court articulated in its November 25, 2025 order.  *See* ECF No. 25.  Accordingly, by **December 12, 2025**, Plaintiffs shall file their redacted amended complaint at ECF No. 29-1.  Plaintiffs' unredacted amended complaint, ECF No. 30, shall remain under seal.  Defendants' motion for leave to file a motion to dimiss is DENIED as moot.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 28 and 29.

SO ORDERED.

Dated:  December 8, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge