**ROSENBERG & ESTIS, P.C.**
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/19/2025

Joseph J. Kammerman
+1 (212) 551-8433
jkammerman@rosenbergestis.com

December 18, 2025

**VIA ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Forkosh et al. v. Fluent, Inc. et al.*, Case No. 1:25-cv-07967-AT
       Letter-Motion for Leave to File Second Amended Complaint under Seal

Dear Judge Torres:

On behalf of Plaintiffs Steven Forkosh, TAPP Market Influencers LLC and Bruce Wayne Enterprises Inc. (together, "Plaintiffs") in the above-referenced action, we submit this letter-motion for leave to file Plaintiffs' Second Amended Complaint under seal in accordance with Section IV(A)(ii) of the Court's Individual Practices in Civil Cases.[1]

Plaintiffs seek to seal the Second Amended Complaint for the same reasons that Plaintiffs sought, and received, permission to file the initial Complaint and the Amended Complaint under seal. *See* ECF Nos. 15-17, 25, 29, 32. In sum, Plaintiffs wish to avoid breaching the agreements at issue in this case, which require Plaintiffs to maintain those agreements and other related information as confidential. Those agreements form the basis of the Second Amended Complaint, as they did the initial Complaint and Amended Complaint. *See* ECF Nos. 16-17, 29. Plaintiffs take no position as to whether permanent sealing is warranted, but Defendants have indicated they intend to seek permanent sealing. ECF No. 16 ¶¶ 14-15. Accordingly, Plaintiffs respectfully request that the Court grant leave for Plaintiffs to file their Second Amended Complaint under seal.

For the same reasons the Court articulated in its November 25, 2025 order, *see* ECF No. 25, Plaintiffs' request to file their second amended complaint under seal is GRANTED. By **December 23, 2025**, Plaintiffs shall file the redacted second amended complaint at ECF No. 35-1. The unredacted second amended complaint shall remain under seal. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 35.

SO ORDERED.

Dated:  December 19, 2025
        New York, New York

Respectfully submitted,

*Joseph Kamm*

Joseph J. Kammerman

_____
**ANALISA TORRES**
**United States District Judge**

---

[1] Defendants have consented to the filing of the Second Amended Complaint. (ECF No. 34.)