

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    1/2/2026

+1 (212) 551-8433
jkammerman@rosenbergestis.com

December 31, 2025

**VIA ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    *Forkosh et al. v. Fluent, Inc. et al.*, Case No. 1:25-cv-07967-AT
>        Letter-Motion for Leave to File Joint Letter under Seal

Dear Judge Torres:

On behalf of Plaintiffs Steven Forkosh, TAPP Market Influencers LLC and Bruce Wayne Enterprises Inc. (together, "Plaintiffs") in the above-referenced action, we submit this letter-motion for leave to file the enclosed joint letter under seal in accordance with Section IV(A)(ii) of the Court's Individual Practices in Civil Cases.

The joint letter is being filed pursuant to paragraph 1 of the Initial Pretrial Scheduling Order. (ECF No. 21).[1] Plaintiffs seek to seal the joint letter for the same reasons that Plaintiffs sought, and received, permission to file the Second Amended Complaint and other pleadings in this action under seal. *See* ECF Nos. 15-17, 25, 32, 39. In sum, Plaintiffs wish to avoid breaching the agreements at issue in this case, which require Plaintiffs to maintain those agreements and other related information as confidential. Those agreements form the basis of the Second Amended Complaint and are addressed in the joint letter. *See* ECF Nos. 39, 40. Plaintiffs take no position as to whether permanent sealing is warranted, but Defendants have indicated they intend to seek permanent sealing. ECF No. 16 ¶¶ 14-15. Accordingly, Plaintiffs respectfully request that the Court grant leave for Plaintiffs to file the joint letter under seal.

---

[1] On December 29, 2025, the Court granted the Parties' request to extend the deadline to submit the joint letter (and the Proposed Civil Case Management Plan and Scheduling Order) from December 29 to December 31, 2025. ECF No. 41.


ATTORNEYS AT LAW

Honorable Analisa Torres
December 15, 2025
Page 2

Respectfully submitted,

Joseph J. Kammerman

cc: All counsel of record (via ECF)

The parties' request to seal their joint letter is GRANTED for the same reasons the Court articulated in its November 25, 2025 order. *See* ECF No. 25. By **January 7, 2026**, the parties shall file the redacted joint letter at ECF No. 45-1. The unredacted joint letter at ECF No. 46 shall remain under seal. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 45.

SO ORDERED.

Dated: January 2, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge

RE\29388\0001\8046329v1