

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    1/15/2026

Joseph J. Kammerman
+1 (212) 551-8433
jkammerman@rosenbergestis.com

January 14, 2026

**VIA ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Forkosh, et al. v. Fluent, Inc., et al.*, Case No. 1:25-cv-07967-AT
       Letter-Motion for Leave to Leave to File Letter under Seal

Dear Judge Torres:

On behalf of Plaintiffs Steven Forkosh, TAPP Market Influencers LLC and Bruce Wayne Enterprises Inc. (together, "Plaintiffs") in the above-referenced action, we submit this letter-motion for leave to file the enclosed letter (the "Letter") under seal in accordance with Section IV(A)(ii) of the Court's Individual Practices in Civil Cases.

The Letter is being filed in response to Defendants Fluent, LLC, Ryan Schulke, Donald Patrick, Ryan Perfit, and Patrick Sweeney's January 7, 2026, pre-motion letter, ECF. No. 51, regarding their anticipated motion to dismiss the Second Amended Complaint. Plaintiffs seek to seal the Letter for the same reasons that Plaintiffs sought, and received, permission to file the SAC and, most recently, the parties' joint letter under seal. *See* ECF Nos. 32, 39, 49. In sum, Plaintiffs wish to avoid breaching the agreements at issue in this case, which require Plaintiffs to maintain those agreements and other related information as confidential. As before, Plaintiffs take no position as to whether permanent sealing is warranted, but Defendants have indicated they intend to seek permanent sealing. ECF No. 16 ¶¶ 14-15. Accordingly, Plaintiffs respectfully request that the Court grant leave for Plaintiffs to file the Letter under seal.

Respectfully submitted,

*[signature]*

Joseph J. Kammerman

Plaintiffs' request to seal their letter in response to Defendants' pre-letter motion to dismiss is GRANTED for the same reasons the Court articulated in its November 25, 2025 order. *See* ECF No. 25. By **January 20, 2026**, Plaintiffs shall file the redacted letter at ECF No. 52-1. The unredacted letter at ECF No. 53 shall remain under seal. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 52.

SO ORDERED.

Dated:  January 15, 2026
        New York, New York

*[signature]*

ANALISA TORRES
United States District Judge